UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Donald P. Lariviere and Doris G. Lariviere ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Bank of New York as Trustee et al ) <br> Defendants, ) | Civil No. 2:10-CV-336-GZS |

## JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge entered by U.S. District Judge George Z. Singal on November 2, 2010; Judgment of Dismissal is hereby entered as to Defendants Bank of New York as Trustee, Litton Loan Servicing, LP, Bank of America, and Mortgage Electronic Registration Systems, Inc.

LINDA L. JACOBSON
CLERK

By:   /s/ Lindsey Caron
Deputy Clerk

Dated: November 3, 2010